FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 16 2005

at ___ o'clock and ___ min. ___ M.
WALTER A.Y.H. CHINN, CLERK

EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

LOUIS A. BRACCO
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail:  lou.bracco@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII          CR05-00103

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. _____ SOM |
| Plaintiff, | INDICTMENT |
| vs. | |
| EUGENE RAYMOND HALL, (01)<br>LESLIE KAPUALEILANI LUM-KING, (02) | |
| Defendants. | |

INDICTMENT

The Grand Jury charges that:

On or about February 13, 2005, in the District of Hawaii, EUGENE RAYMOND HALL and LESLIE KAPUALEILANI LUM-KING, Defendants herein, each aiding and abetting the other, knowingly and intentionally possessed with intent to distribute 50 grams or more (to wit, approximately 110 grams) of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A), and Title 18, United States code, Section 2.

DATED: \_\_\_\_3-16-05\_\_\_\_, at Honolulu, Hawaii.

A TRUE BILL

/S/

FOREPERSON, Grand Jury

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

*for*
ELLIOT ENOKI
First Assistant U.S. Attorney

LOUIS A. BRACCO
Assistant U.S. Attorney

United States v. Eugene Raymond Hall and Leslie Kapualeilani Lum-King
Cr. No. _____
"Indictment"

2