IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII        CR 05-103 SOM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MAG. NO. 05-0093 LEK |
| | ) | |
| Plaintiff, | ) | |
| | ) | WARRANT FOR ARREST |
| vs. | ) | |
| | ) | |
| | ) | |
| EUGENE RAYMOND HALL, | ) | |
| LESLIE KAPUALEILANI LUM-KING, | ) | |
| Defendants | ) | |
| | ) | |
| | ) | |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 26 2007

at 10 o'clock and 00 min. A. 
SUE BEITIA, CLERK

WARRANT FOR ARREST

TO: ANY DULY AUTHORIZED LAW ENFORCEMENT OFFICER

You are hereby commanded to arrest EUGENE RAYMOND HALL and LESLIE KAPUALEILANI LUM-KING, and bring them forthwith to the nearest magistrate to answer a complaint charging them with possession of methamphetamine in excess of 50 grams, with intent to distribute, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2..

Issued this 15th day of February, 2005, at Honolulu, Hawaii.

_____
United States Magistrate Judge
District of Hawaii

Bail fixed at $ to be determined by _____/duty judge
United States Magistrate Judge
District of Hawaii

2

---
                                    RETURN
---

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED DEFENDANT AT _____.

DATE RECEIVED: _____

DATE OF ARREST: FEB 15 2005

NAME AND TITLE OF ARRESTING OFFICER: *Special Agent Rachel A Byrd*

SIGNATURE OF ARRESTING OFFICER: *Rachel A Byrd*